UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CR-00057-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| COLBY JERRELL FONVILLE | |

UPON Motion by Defendant, Colby Jerrell Fonville, and for good cause shown, it is hereby ordered that Docket Entry Number 42 be sealed as motioned.

This __15__ day of __March__ 2019.

_____
TERRENCE W. BOYLE
Chief United States District Judge